Graham S.P. Hollis, Esq. (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
GRAHAM**HOLLIS** APC
3555 Fifth Avenue
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff
LINDA DELATORRE

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
JESSICA R. PERRY (STATE BAR NO. 209321)
jperry@orrick.com
LINDSEY CONNOR HULSE (STATE BAR NO. 258514)
lhulse@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
JOHNSON CONTROLS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DELATORRE, individually and on behalf of others similarly- situated and aggrieved,<br>　　　　　Plaintiff,<br>　　v.<br>JOHNSON CONTROLS, INC., and DOES 1 through 20, inclusive,<br>　　　　　Defendants. | Case No.: CV 13-03214 PSG<br><br>**JOINT CASE MANAGEMENT STATEMENT AND NOTICE OF PROPOSED CLASS ACTION SETTLEMENT; [~~PROPOSED~~] ORDER**<br><br>Hearing Date: March 11, 2014<br>Hearing Time: 10 am<br><br>Dept.: Courtroom 5, Fourth Floor<br>Judge: PAUL S. GREWAL |

The Parties to the above-entitled action jointly submit this Joint Case Management Statement and Proposed Order pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

The parties attended mediation on February 13, 2014, with mediator Mark Rudy. During the mediation the parties reached a tentative proposed class settlement for this matter and entered into a Memorandum of Understanding. The parties are in the process of preparing the class action settlement agreement and necessary motions for approval of the settlement, and intend to request that the Court hold a hearing regarding Plaintiffs' anticipated preliminary approval motion within the next three months. Accordingly, the parties jointly request that the Court vacate the Case Management Conference scheduled for March 11, 2014.

Dated: February 26, 2014

GRAHAM**HOLLIS** APC

By: /s/ Graham S.P. Hollis
Graham S.P. Hollis, Esq.
Email: ghollis@grahamhollis.com
Vilmarie Cordero, Esq.
Email: vcordero@grahamhollis.com
Attorney for Plaintiff Linda DelaTorre

Dated: February 26, 2014

LAW OFFICES OF
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Lindsey C. Hulse
Lindsey Connor Hulse
Email: lhulse@orrick.com
Attorney for Defendant Johnson Controls, Inc.

## CASE MANAGEMENT ORDER

The above Joint Case Management Statement and Proposed Order is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below]:

**IT IS SO ORDERED.**

DATED: _____3/3/2014_____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge