1  Graham S.P. Hollis (SBN 120577)
   ghollis@grahamhollis.com
2  Vilmarie Cordero (SBN 268860)
   vcordero@grahamhollis.com
3  GRAHAM**HOLLIS** APC
   3555 Fifth Avenue
4  San Diego, California  92103
   Telephone: 619.692.0800
5  Facsimile: 619.692.0822

6  Attorneys for Plaintiff

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  LINDA DELATORRE, individually and on            Case No.:   13-cv-03214 PSG
    behalf of others similarly-situated,
11                                                  **NOTICE OF MOTION AND UNOPPOSED
                                                    MOTION FOR:**
               Plaintiff,                           **(1) PROVISIONAL CERTIFICATION OF
12                                                  SETTLEMENT CLASS;**
           v.                                       **(2) PRELIMINARY APPROVAL OF CLASS
13                                                  ACTION SETTLEMENT;**
                                                    **(3) APPROVAL OF CLASS NOTICE AND
    JOHNSON CONTROLS, INC., and DOES 1              NOTICE PLAN;**
14  through 20, inclusive,                          **(4) APPOINTMENT OF CLASS COUNSEL
                                                    AND CLASS REPRESENTATIVE; AND**
15             Defendants.                          **(5) SETTING A FINAL APPROVAL HEARING**
16

17
                                                    Date:       July 29, 2014
18                                                  Time:       10:00 a.m.
                                                    Courtroom: 5–4th Floor
19                                                  Judge:      Hon. Paul S. Grewal

20                                                  Complaint Filed:   April 15, 2013
                                                    FAC Filed:         May 20, 2013
21                                                  Case Removed:      July 11, 2013

22

23  **TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:**

24        **PLEASE TAKE NOTICE THAT** on July 29, 2014 at 10:00 a.m. in Courtroom 5 on the 4th

25  Floor of the United States District Court for the Northern District of California –San Jose Court House

26  located at 280 S. 1st Street, San Jose, California 95113, Plaintiff Linda Delatorre ("Plaintiff") will, and

27  hereby do move this Court, for entry of the proposed Order submitted herewith for: (1) provisional

28  certification of the settlement class; (2) preliminary approval the class action settlement; (3) approval of

PLAINTIFF'S NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR PROVISIONAL
CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92103

1  the notice and notice plan; (4) appointment of Class Counsel and Class Representative; and (5) setting a

2  final approval hearing.  Plaintiff LINDA DELATORRE and Defendant JOHNSON CONTROLS, INC.

3  have reached a class action settlement and now seek preliminary approval from this Court pursuant to

4  Federal Rule of Civil Procedure 23.  The class action settlement is the product of serious, informed non-

5  collusive negotiations, and it benefits approximately 1,441 current and former California employees of

6  Johnson Controls, Inc. The class action settlement is fair and falls well within the range of

7  reasonableness, and if approved, will provide a significant monetary recovery to the settlement class

8  members.  This motion is unopposed and Defendant will not file a separate brief.

9          This Motion is supported by the following documents filed concurrently herewith:

10  Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for (1) Provisional

11  Certification of the Settlement Class; (2) Preliminary Approval of Class Action Settlement; (3) Approval

12  of Class Notice and Notice Plan; (4) Conditional Appointment of Class Counsel and Class

13  Representative, (5) and Setting a Final Approval Hearing for **January 6, 2014**, or as soon thereafter as is

14  practicable for the Court; the Declaration of Graham S.P. Hollis, Esq. and the Exhibits attached thereto,

15  including the Stipulation of Settlement and Release, the Class Notice and the Claim Form; the

16  Declaration of Linda Delatorre; the pleadings, records and files in this action, and such other evidence

17  and arguments as may be presented to this Court either prior to or at the hearing on this matter, and such

18  other matters as the Court may consider.

19

20  Respectfully submitted,

21  Dated:  June 23, 2014                                     GRAHAM**HOLLIS** APC

22

23                                                    By:   /s/  Graham S.P. Hollis
                                                          GRAHAM S.P. HOLLIS
24                                                        Email: ghollis@grahamhollis.com
                                                          VILMARIE CORDERO
25                                                        Email: vcordero@grahamhollis.com
                                                          Attorneys for Plaintiff
26

27

28

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE
SAN DIEGO, CALIFORNIA 92103

PLAINTIFF'S NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR PROVISIONAL
CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION