1  GRAHAM S.P. HOLLIS (SBN 120577)
   ghollis@grahamhollis.com
2  VILMARIE CORDERO (SBN 268860)
   vcordero@grahamhollis.com
3  GRAHAM HOLLIS APC
   3555 Fifth Avenue
4  San Diego, California 92103
   Telephone:  619-692-0800
5  Facsimile:   619-692-0822

6  Attorneys for Plaintiff
   LINDA DELATORRE
7

8  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
9  JESSICA R. PERRY (STATE BAR NO. 209321)
   jperry@orrick.com
10 LINDSEY CONNOR HULSE (STATE BAR NO.
   258514)
11 lhulse@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 1000 Marsh Road
   Menlo Park, California  94025
13 Telephone:     650-614-7400
   Facsimile:      650-614-7401
14

15 Attorneys for Defendant
   JOHNSON CONTROLS, INC.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19

20 LINDA DELATORRE, individually and on        Case No. CV13-03214 PSG
   behalf of others similarly- situated and
21 aggrieved,                                   [PROPOSED] JUDGMENT

22                    Plaintiff,

23           v.

24 JOHNSON CONTROLS, INC., and DOES 1
   through 20, inclusive,
25
                      Defendants.
26

27

28

OHSUSA:756629356.1

1       Plaintiff's motion for final approval of the proposed class action settlement and attorney's

2 fees and costs came on for hearing on January 13, 2015, in the above-captioned Court, the Hon.

3 Paul S. Grewal presiding.  The Court having previously granted preliminary approval of the

4 proposed class action settlement on July 29, 2014, the parties having fully briefed the issues

5 regarding final approval and attorneys' fees and costs, the case having been heard, and the Court

6 having granted final approval of the settlement,

7

8       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

9       Judgment is entered on the terms set forth in the Order Granting Final Approval of Class

10 Action Settlement.

11

12

13 Dated: _1/14/2015___

                 HONORABLE PAUL S. GREWAL

                 United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28